S/N/I

FILED

Name: CHAARAWi, WALiD N

Address: 3185 S, SEPULVEDA Blvd #305.

LOS ANGELES, CA 90034.

Phone: (213) 667-7038. walidchaarawi62@gmail.com

Plaintiff In Pro Per

2023 JUL 25  PM 3:26

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

EGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LACV23-06019-VBF(PD)

CHAARAWi_WALiD M )   Case No.: _____
                                           (To be supplied by the Clerk)
PLAINTIFF,            )   COMPLAINT FOR:

vs.                  )   CiViL RiGHT VBLiOTiON.

SHAMiR CONZALEZ )
MARCUS_ENSiEDJiAN )
                     )
                     )
                     )
                     )
                     )   Jury Trial Demanded  Yes.
DEFENDANT(S).        )
                     )

I. JURISDICTION

1. This Court has jurisdiction under 28 U.S.C § 1332 BECAUSE THERE IS DIVERSITY OF CITIZENSHIP AND AN AMOUNT IN CONTREVERSY GREATER THAN $ 75,000.

Pro Se Clinic Form

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C § 1391 BECAUSE THE EVENTS GIVING RISE TO THE COMPLAIN HAPPENED IN THIS DISTRICT.

## III. PARTIES

3. Plaintiff's name is CHAARAWI - WALID, M Plaintiff resides at: LOS ANGELES, CALIFORNIA. Los Angeles City AGE: 59 years - GENDER: MALE.

4. Defendant SHAMIR - CONZALEZ. LOS ANGELES COUNTY - CALIFORNIA. THE REGENTS OF THE UNIVERSITY OF CALIFORNIA. LLC. 1111 BROADWAY, 14th FLOOR - OAKLAND, CA 94607-9828.

5. Defendant MARCUS - ENSIEDJIAN. LOS ANGELES COUNTY - CALIFORNIA. THE REGENTS OF THE UNIVERSITY OF CALIFORNIA. LLC. 1111 BROADWAY, 14th FLOOR - OAKLAND. CA, 94607-9828.

2.

Pro Se Clinic Form                     Page Number

6. Defendant THE REGENT of THE UNIVERSITY of CALIFORNIA.

*Insert ¶ #*

LLC,
1111 BROADWAY, 14th FLOOR ~ OAKLAND ~ CA,
94607~9828 ~ NORTH AMERICA. U.S.A.

___. Defendant _____

*Insert ¶ #*

___. Defendant _____

*Insert ¶ #*

___. Defendant _____

*Insert ¶ #*

3

Pro Se Clinic Form                    *Page Number*

## IV. STATEMENT OF FACTS

1. I CHAARAWI-WALID M AND MY FAMILY HAVE BEEN RESIDENT OF THE UNIVERSITY OF CALIFORNIA FAMILIES HOUSING SINCE 2008 UNTIL NOW, AT LEAST FIFTEEN YEARS LINING at THE UCLA FAMILIES HOUSING - A GOOD NEIGHBOR WITHOUT ANY CAMPLAIN FROM THE UCLA HOUSING AREA MANAGEMENT AT ALL.

2. ALL MY FAMILY EXPENSIVE, Such AS : RENT, TUITION AND OTHER EXPENSIVE HAVE BEEN PAID ON TIME. MOREOVER CHAARAWI FAMILY FOLLOW ALL THE UCLA FAMILIES HOUSING RULES WITHOUT ANY EXCEPTION WITH ALL RESPEST TO ALL MY NEIGHBORS. ALL MY NEIGHBORS WELL TESTIFY THAT CHAARAWI FAMILY WERE and STILL A GOOD FAMILY AND NEIGHBORS.

3. ALL MY FAMILY RECORDS FROM UCLA FAMILIES HOUSING AREA MANAGEMENT PROVES THAT CHAARAWI FAMILY HAVE A VERY CLEAN RECORDS WITHOUT ANY COMPLAIN. ON MARCH 16/2023 at 3PM PACIFIC STANDER TIME AT MY RESIDENT 3185 S, SEPULVEDA BLVD #305 LA-CA 90034. TWO UCLA POLICE OFFICERS APPROACHED ME AT REST AREA

4.

Pro Se Clinic Form                                        Page Number

4. IN FRONT OF MY RESIDENT AT UCLA FAMILIES HOUSING by NAME 1- OFFICER SHAMIR-CONZALES AND OFFICER MARCUS-ENSIEDJIAN. THESE OFFICERS ASKED ME IF I LIVE AT THE UCLA HOUSING I Mr CHAARAWI SAID "YES I DO" A THEN THE OFFICERS ASKED ME TO HAND THE APPARETMENT KEY, I Mr CHAARAWI gAVE

5. THE KEY TO OFFICER CONZALEZ WITH RESPECT. AND AFTER Mr CONZALEZ ASKED ME TO GO IN FRONT OF THEM AND ASKED TO LEAD THEM TO MY APPARETMENT AT UCLA HOUSING. I Mr CHAARAWI DID not ASK THE OFFICERS ANY QUESTION AT ALL. JUST DO WHATEVER THE OFFICER ASKED TO DO. I Mr CHAARAWI WENT WITH THE

6. OFFICERS TO MY PLACE THIRD FLOOR VERY SCARD by THE TIME WE APPROCHED MY PLACE MY HEART RATE WAS OVER NORMAL. THE OFFICERS ASKED ME IF I AM O.K, I Mr CHAARAWI SAID "I'M O.K. WHEN THE OFFICERS APPROCHED MY APPARETMET DOOR Mr CONZALEZ INSERT MY DOOR KEY AND ASKED ME TO ENTER

5.

Pro Se Clinic Form                    Page Number

## IV. STATEMENT OF FACTS

7. THE KEY CODE, SO IMr CHAARAWI PRESS THE KEY CODE AND MY APPARETMENT DOOR OPENED. AFTER OFFICERS CONZALEZ AND OFFICER ENSSEDJIAN ENTERDMY PREMISES AND STRATED TO ASK ME QUESTIONS. I SAID TO THE OFFICERS THAT IMr CHAARAWi NEED TO SIT and GET A REST TO CATCH MY BREATH FOR JUST A MINUTE.

8. MORE OVER, THE OFFICERS LISTED ABOVE DID NOT SAY ANY THING TO ME REGARDINO THE SEARCH AND OR WHY UCLA POLICE OFFICERS HAVE DONE THE SEARCH. THE OFFICERS WERE AT My PREMISES AT LEAST FOR TWENTY MINUTES AND THEN AFTER THEY LEFT WITHOUT APOLOGIESED I MvCHAARAWi FIGURED OUT That THE OFFICERS HAD NO SEARCH WARRANT ORDER FROM THE JUDGE.

9. I Mv CHAARAWI WENT TO UCLA POLICE DEPARTENT AFTER THE INCEDENT FOr TWO MONTHS TO HAVE AN EXPLENATIve ABOUT WHAT HAPPENED BACK AND FOURTH ATLEAST SEVEN TIME. ALL THE UCLA POLICE OFFICERS DEPARTMENT TRIED NOT TO GIVE ME ANY REASONABLE EXPLENATION NOT WHAT SO EVER BUT TO MISS LEAD ME.

6

*Page Number*

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

(A SEARCH IS ILLEGAL UNDER THE FOURTH AMENDMENT.
*insert title of cause of action*

**(As against Defendant(s):** SAMIR - CONZALEZ, MARCUS ENSIED JAIN AND THE REGENTS of THE University of CALIFORNIA

1. 37 FEDERAL RULES OF CRIMINAL PROCEDURE.

2. UCLA POLICE OFFICERS SEARCH PREMISES WITHOUT COURT ORDER FROM JUDGE at CALIFORNIA SUPERIOR COURT (LOS ANGELES COUNTY SUPERIOR COURT DISTRICT).

Pro Se Clinic Form

7

*Page Number*

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1. MONEY DAMAGES OF $1,000,000.
   ONE MILLION U.S DOLLARS.

2.

JULY 24/2023

WALID M CHAARAWI

8

Pro Se Clinic Form                    Page Number

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: JULY 24 / 2023

Sign: _Walid Chaarawi_

Print Name: CHAARAWI - WALID . M.

Plaintiff in pro per

Pro Se Clinic Form

9.

*Page Number*